UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3: 08-CV-0117-B |
| | § | |
| ATANAEL R. JIMENEZ, | § | |
| | § | |
| Respondent. | | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Report and Recommendation of the United States Magistrate Judge (doc. 8), filed on March 27, 2008, I am of the opinion that the Report and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings of the Court.

For the reasons stated in the Report and Recommendation, the Court hereby ORDERS Respondent Atanael R. Jiminez to appear before Revenue Officer Virginia A. Early-Johnson or another office of the Internal Revenue Service, at 1100 Commerce Street, Room 951, Dallas, Texas on Friday, April 25, 2008 at 10:00 a.m. to testify and produce all books, records, papers and documents specified in the summons attached as Exhibit A to the petition of the United States of America filed in this matter. All court costs are taxed against Respondent.

SO ORDERED..

SIGNED April 8, 2008

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE